**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

FILED
MAR 13 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| vs. | | Criminal No. 4:17-CR-053-01 MPM |
| MARTIN MARTINEZ | | |

### ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 22nd day of February, 2017, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on December 21, 2012, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Louis Correa. The United States was represented by Assistant United States Attorney, Monty Kimball.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant on Supervised Release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by the Judgment entered on December 21, 2012, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

**The Defendant, MARTIN MARTINEZ, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eighteen (18) months, to run concurrent with PE:16-CR-456(1).**

**There shall be no further Supervised Release imposed**

The Clerk will provide the United States Marshal Service with one (1) certified copy of this Order and one (1) certified copy of the Judgment entered on December 21, 2012 to serve as the commitment of the Defendant.

SIGNED this 9th day of March, 2017.

Michael P. Mills
United States District Judge